LINK: 13

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 09-3007 GAF (VBKx) | Date | November 9, 2009 |
|---|---|---|---|
| Title | Edwards v. Midpoint Resolutions Group | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Renee Fisher | None | | N/A |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: | |
| None | | None | |

**Proceedings:**      **(In Chambers)**

### ORDER AMENDING HEARING DATE

    On October 7, 2009, Plaintiff Don Edwards filed an application for default judgment concerning various violations of the Fair Debt Collection Practices Act ("FDCPA") and the Rosenthal Fair Debt Collection Practices Act ("Rosenthal Act") against Defendant Midpoint Resolutions Group.  (Docket No. 13.)  On October 23, 2009, Plaintiff filed a Memorandum of Points and Authorities addressing the default judgment factors listed in Eitel v. McCool, 782 F.2d 1470 (9th Cir. 1986), as requested by the Court.  (Docket No. 14.)  The Memorandum listed the Eitel factors and addressed each factor.

    However, Plaintiff has failed to provide evidence in the form of a declaration that (1) the procedural requirements of Rule 55(b) of the Federal Rules of Civil Procedure are met and that (2) the costs requested by Plaintiff for filing fees were actually spent.  Therefore, the Court does not have enough evidence to sufficiently scrutinize Plaintiff's application for default judgment.

    Therefore, Plaintiff is **ORDERED TO SHOW CAUSE** why Plaintiff is entitled to

**LINK: 13**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-3007 GAF (VBKx) | Date | November 9, 2009 |
|---|---|---|---|
| Title | Edwards v. Midpoint Resolutions Group | | |

default judgment by **Monday, November 16, 2009**. Accordingly, the hearing scheduled for **Monday, November 16, 2009** is continued to **Monday, November 30, 2009**.

    **IT IS SO ORDERED.**