JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| DON EDWARDS, | Case No.: CV 09-03007-GAF (VBKx) |
| Plaintiff, | Judge Gary Allen Fees |
| v. | JUDGMENT ENTRY |
| MIDPOINT RESOLUTIONS GROUP, | |
| Defendant. | |

IT IS ORDERED that the Clerk enter default judgment in favor of Plaintiff DON EDWARDS and against Defendant MIDPOINT RESOLUTIONS GROUP, in the amount of $2,000.00 in principal damages, attorneys' fees in the amount of $2,599.30, and taxable costs in the amount of $410.00 with interest thereon at the federal judgment rate from the time of entry of judgment.

Dated: December 8, 2009

_____
Judge Gary Allen Fees
United States District Judge